# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID R. JACKSON**                                                            **PLAINTIFF**

**V.**                  **CASE NO. 1:17-CV-00103-JM-BD**

**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition filed by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to fully and properly consider all evidence concerning Mr. Jackson's mental impairments, to properly account for anxiety in the RFC, and to reconsider whether Mr. Jackson's anxiety meets or equals listing 12.06.

DATED this 6th day of August, 2018.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE